AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12CV0779-JAH(KSC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Zombie Blast, LLC, a California Limited Liability Company was received by me on *(date)* 04/25/2012 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Elite Amundsen, Authorized to Accept on behalf of Calvin C S Yap, Agent, who is designated by law to accept service of process on behalf of *(name of organization)* Zombie Blast, LLC, a California Limited Liability Company on *(date)* 04/25/2012 ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Description: Asian; Female; 30 years old; 5'4"; 140 lbs.; Black Hair; Brown Eyes

My fees are $ _____ for travel and $ 122.50 for services, for a total of $ 122.50 .

I declare under penalty of perjury that this information is true.

Date: 04/26/2012

*/s/ James Bryant*
*Server's signature*

James Gary Bryant, Process Server
*Printed name and title*

CalExpress Attorney Services
917 West Grape Street, San Diego, CA 92101
(619) 685-1122
*Server's address*

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12CV0779-JAH(KSC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Solvi Brands, LLC
was received by me on *(date)* April 30, 2012.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Sue Rhea, Managing Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* Solvi Brands, LLC
at Corporation Service Co, 2711 Centerville Rd #400, Wilmington DE 19808 on *(date)* 4/30/12 at 3:08pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 5/1/12

Server's signature

Documents Served:
Summons and First Amended Complaint

Daniel Newcomb, Process Server
Printed name and title
Delaware Attorney Services
3516-16 Silverside Rd, Wilmington DE 19810
Server's address

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.   12CV0779-JAH(KSC)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons* for *(name of entity):*  BAWLS ACQUISITION LLC

was received by me on *(date)*  4-25-12 .

[X] I personally served the summons* on the entity:  by personally serving ALICE RYBICKI, **Receptionist for HL Statutory Agent, Inc.(See details immediately below)  on *(date)*  4-25-12 @ 5:15 pm  ; or

\* Documents Served: Summons in a Civil Action; First Amended Complaint; Demand for Jury Trial
\*\*David Finch, CFO for HL Statutory Agent, Inc. gave verbal authorization for ALICE RYBICKI to accept the documents.
HL Statutory Agent, Inc. is the Registered Agent for BAWLS ACQUISITION LLC.
Service address: HL STATUTORY AGENT, INC. - 200 Public Square, Cleveland, OH
(See attached Ohio Secretary of State - Registered Agent information sheet.)

[ ] I returned the summons unexecuted because _____ ; or

[ ] Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  5/4/12

*Server's signature*

BEN PURSER / Private Process Server - State of Ohio
*Printed name and title*

Summit County, OH
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.